Wednesday,
July 23.

THE STATE v. LEAK and Others.—In error.

DEBT by the state on a judgment of the *Owen* Circuit Court obtained on a forfeited recognizance; the declaration not showing whether the recognizance had been taken in a civil or criminal case. *Held,* that a plea that the debt had been remitted by the governor, must show that the forfeiture had been incurred in proceedings arising out of a violation of the penal laws.

If in debt payment of the whole be pleaded and issue be joined on the plea, the whole and not a part of the issue should be tried.

---

DOE, on the Demise of BERRY, v. SHAW.—In error.

Wednesday,
July 23.

THE judgment for the defendant in this case was affirmed on the authority of *Clawson* v. *Doe d. Moore et ux.* 5 Blackf. 300, in point.